**Order issued October 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

—————————————————————————

**No. 05-15-00081-CR**
**No. 05-15-00126-CR**

—————————————————————————

**DEJUAN GEIL HOLLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Chief Justice Wright and Justices Fillmore and Stoddart

Based on the Court's opinion of this date, we **GRANT** the May 6, 2015 motion of Celia M. Sams for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Celia M. Sams as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to DeJuan Geil Hollis, TDCJ No. 1974700, Boyd Unit, 200 Spur 113, Teague, Texas, 75860-2007.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE